447 A.2d 642

Commonwealth v. Montgomery, Appellant.

Submitted April 13, 1982.  Paul Bogdon, for appellant;  Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Order affirmed.

447 A.2d 642

Commonwealth v. Novak, Appellant.

Petition for Allowance of Appeal Denied Sept. 28, 1982.

Submitted June 3, 1981.  John J. Thomas, Assistant Public Defender, for appellant;  Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before ROWLEY, McEWEN and MONTEMURO, JJ.

The judgments of sentence entered by the distinguished Luzerne County Common Pleas Court Judge Robert J. Hourigan are affirmed.